IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PERCY HOGAN JR.**, | ) | CIVIL ACTION NO.  **10-846** |
| | ) | |
| Plaintiff, | ) | JUDGE JOY FLOWERS CONTI |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE RAYMOND CORPORATION and** | ) | |
| **GIANT EAGLE INCORPORATED,** | ) | |
| | ) | |
| Defendants. | | |

## ORDER

AND NOW, this 12th day of September, 2012, having considered the Plaintiff's Motion

for the Court to Disallow Defendant's Invoice for Non-Compliance with the Court's Sanction

Order (ECF No. 78) and the response thereto, it is hereby granted in part and denied in part.

At the hearing held on August 7, 2012, the court stated:

> If you want to continue the litigation, you are going to have to pay up front -- that
> means within fifteen days of an invoice – for the costs and expense of the
> Defendant in preparing this motion to -- the motion to obtain the rule to show
> cause, their response, his attendance here today, and you would have to pay the
> continued costs for your deposition.

(HT 8/7/12 at 15). Plaintiff chose to pay the sanctions. The sanctions included defendant's costs

and expenses (including attorneys' fees and costs) relating to the rule to show cause and the costs

(but not the attorneys' fees) of the continued deposition.

The court finds the defendant's reasonable costs and expenses (including

attorneys' fees and costs) of the cause motion and to attend the court hearing with respect

to that motion are:  $3,718.57.

The court finds the reasonable costs of the continued deposition (including the cost of the stenographer and videographer) are: $1,786.40.

**IT IS ORDERED that the total amount of sanctions to be paid is: $5,504.97. If plaintiff fails to pay that amount by cashier's or certified check to defendant on or before September 20, 2012, this case will be automatically dismissed with prejudice.**


/s/ Joy Flowers Conti
Judge Joy F. Conti
United States District

Cc:

Percy Hogan, Jr.
300 Farren Street
Sewickley, PA 15143